IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **SARA CORDELL,** *on behalf of herself and others similarly situated*, | : |
| | : |
| Plaintiff, | : Case No. 2:21-cv-755 |
| | : |
| v. | : JUDGE ALGENON L. MARBLEY |
| | : |
| **SUGAR CREEK PACKING CO.,** | : Magistrate Judge Kimberly A. Jolson |
| | : |
| Defendant. | : |

## ORDER

This matter is before this Court on Plaintiff and Defendant's Joint Motion to Stay Pending Mediation. (ECF No. 70). The parties represent that they plan to mediate this case before a neutral third-party on November 21, 2023, and as a result, ask that all deadlines be stayed, including the previously ordered December 8, 2023, pre-notice discovery deadline. (*Id.*) The parties also request that they be permitted to file a joint status report no later than November 30, 2023. (*Id.*)

For good cause, this Court **GRANTS** the Motion. (ECF No. 70). This case, including all pending case dates and deadlines, is hereby **STAYED** until further notice from the Court. This Court also **ORDERS** the parties to file a joint status report by November 30, 2023, providing an update on the status of mediation.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: November 14, 2023**